CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 16 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| REV. PIERRE A. RENOIR,<br>    Plaintiff, | )<br>)  Civil Action No. 7:06cv00641<br>) |
| v. | )  **FINAL ORDER**<br>) |
| Y. TAYLOR, et al.,<br>    Defendants. | )  By: James C. Turk<br>)  Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that

1) Renoir's motion to amend his complaint to update and add new claims (Docket # 10) is **GRANTED**. Accordingly, Renoir's complaint shall be considered as amended;

2) Renoir's complaint, as amended, is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g);

3) Renoir's motion for emergency transfer is **DENIED** as **MOOT**;

4) All other pending motions are hereby **DENIED** as **MOOT**; and

5) This action is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and the accompanying Memorandum Opinion to the plaintiff.

ENTER: This _16th_ day of November, 2006.

                               /s/ James C. Turk
                               Senior United States District Judge